Johannes E. Schroeder and Herman Brauss, as Ancillary Administrators, etc., of Johannes Schroeder, Deceased, Appellants, v. Albion L. Page, as Ancillary Executor, etc., of John M. Young, Deceased, Respondent.— Judgment affirmed,

with costs, on *Meyer* v. *Page* (112 App. Div. 625) and *Schroeder* v. *Page* (117 id. 107)

Jacob Shapiro, Appellant, v. The City of New York, Respondent, Impleaded with New York City Railway Company.— Judgment affirmed, with costs. No opinion.

Henry H. Vought and Nathan F. Vought, Respondents, v. Jennie K. Stafford, Impleaded with James Blaine and John F. Schotz, Appellants.— Judgment affirmed, with costs. No opinion.

George A. Traver, Respondent, v. William R. H. Martin and Another, Impleaded with John C. Gabler, Appellant.— Judgment affirmed, with costs. No opinion.

Anita Howell, Respondent, v. Alphonse Christlieb and Daniel Lamm, Impleaded with Otto C. Heinze and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

George W. Ramage, Respondent, v. The Penton Publishing Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Joseph H. Everett, Appellant, v. Charles N. Haskell, Respondent.— Order affirmed, with costs. No opinion.

Birdie Stein Sternberger, Respondent, v. Louis Sternberger, Appellant.— Judgment and order affirmed, with costs. No opinion.

Henry P. Doremus and Andrew McLean, as Trustees for the Stockholders of the Standard National Bank of New York, Respondents, v. Bowling Green Trust Company, Appellant.— Judgment affirmed, with costs. No opinion.

The Holland House Company, Appellant, v. Annie M. Kinsley, as Executrix, etc., of Herbert M. Kinsley, Deceased, and Gustav Baumann, Respondents.— Judgment affirmed, with costs. No opinion. (Patterson, P. J., and Ingraham, J., dissenting.)